# THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

PAUL JOSEPH PAVALONE, et al.,     :
     :
     **Plaintiffs,**     :
     :     **3:18-CV-191**
     **v.**     :     **(JUDGE MARIANI)**
     :
**PRESERVATION MANAGEMENT,**     :
**INC., et al.,**     :
     :
     **Defendants.**     :

## ORDER

AND NOW, THIS __11th__ DAY OF MARCH, 2019, upon review of Magistrate

Judge Saporito's Report & Recommendation, (Doc. 13), for clear error and manifest

injustice, **IT IS HEREBY ORDERED THAT**:

1. The Report & Recommendation, (Doc. 13), is **ADOPTED** for the reasons discussed

   therein.

2. Defendants' Motion to Dismiss Plaintiffs' Complaint (Doc. 11) is **GRANTED**.

3. Plaintiffs' Complaint, (Doc. 1), is **DISMISSED WITHOUT LEAVE TO AMEND**.[1]

4. The Clerk of the Court is directed to **CLOSE** this case.

Robert D. Mariani
United States District Judge

---

[1] The Court agrees with the finding in the Report and Recommendation that all of Plaintiffs' claims are legally frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B)(i). Accordingly, granting leave to amend the Complaint would be futile.